# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

IN RE:  12-30494
DEBTOR(S):
EDWARD WILLIAM PRAGER
BETTY LOU PRAGER (DECEASED)

*Chapter 13 Trustee's Notice of Final Report*

## NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT and CERTIFICATE OF MAILING

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants. Accordingly, the Trustee hereby files the attached Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

***ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE TRUSTEE'S FINAL REPORT AND ACCOUNT, THE CASE MAY PROCEED TO DISCHARGE AND CLOSURE.***

Any objection to the Trustee's Final Report and Account must be (1) in writing; (2) filed with the bankruptcy court within 30 days after the date of service set forth below and served on the Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection. If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered. If the Debtor otherwise qualifies, the bankruptcy court <u>may</u> (if eligible) grant the discharge and close the case.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, the foregoing Trustee's Final Report and Account (Chapter 13) was electronically filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified after the signature line in the attached Noticing Center's Certificate of Service, are registered CM/ECF users and will be served through the CM/ECF system.

I hereby certify that on July 27, 2017, I caused to be served a true and correct copy of the foregoing Trustee's Final Report and Account (Chapter 13) as follows:

Mail Service via the Noticing Center- By regular first class United States mail, postage fully pre-paid, addressed to those parties specified in the Noticing Center's Certificate of Service found below:

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

IN RE: 12-30494
DEBTOR(S): EDWARD WILLIAM PRAGER AND BETTY LOU PRAGER (DECEASED)

### NOTICE OF STANDING CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT

The Debtors in the above-captioned case have made their final Chapter 13 payment, and the Trustee has disbursed all such funds to claimants. Accordingly, the Trustee has filed a Final Report and Account summarizing the administration of the case and giving an accounting of all receipts and disbursements under the confirmed plan.

*ABSENT A TIMELY FILED WRITTEN OBJECTION TO THE*
*TRUSTEE'S FINAL REPORT AND ACCOUNT AS DESCRIBED BELOW, THE CASE*
*MAY PROCEED TO DISCHARGE AND CLOSURE.*

*If you would like to receive a copy of the Final Report and Account*, then you may obtain a copy: (1) from the Clerk of the United States Bankruptcy Court for the District of Utah, Frank E. Moss U.S. Courthouse, 350 South Main Street #301, Salt Lake City, Utah 84101; (2) from the Bankruptcy Court's website at www.utb.uscourts.gov using the PACER service; or (3) from the Standing Chapter 13 Trustee's Office by making such request via email at FinalReportRequest@ch13ut.org .

Any objection to the Trustee's Final Report and Account must be (1) made in writing; (2) filed with the Bankruptcy Court at the address stated above within 30 days after the date of service and served on the Standing Chapter 13 Trustee; and (3) noticed for a hearing to be held no later than 30 days after the filing such objection. If no objections are filed within such 30-day period, the Trustee's Final Report and Account will be deemed approved by the Bankruptcy Court, and under Bankruptcy Rule 5009 the estate will be presumed to be fully administered. If the Debtor otherwise qualifies, the bankruptcy court may (if eligible) grant the discharge and close the case.

/s/Lon A. Jenkins, Trustee, Office of the Standing Chapter 13 Trustee

United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 12-30494
EDWARD WILLIAM PRAGER                                                   Chapter 13
BETTY LOU PRAGER (DECEASED)
        Debtors

## CERTIFICATE OF SERVICE

District/off: 1088-c          User: 563              Page 1 of 2             Date Rcvd: Jul 26, 2017
                              Form ID: NOFR          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Noticing Center on
Jul 27, 2017.
```
db         +EDWARD WILLIAM PRAGER,    653 E MAIN STREET,    TRLR #50,    GRANTSVILLE UT 84029-9539
jdb        +BETTY LOU PRAGER (DECEASED),    3851 WEST COBBLE RIDGE DR., NO. 1-205,    WEST JORDAN UT 84084-4903
7           AMERICAN INFOSOURCE LP AGENT FOR TMOBILE,    PO BOX 248848,    Oklahoma City OK 73124-8848
1           ECAST SETTLEMENT CORPORATION,    PO BOX 7247-6971,    PHILADELPHIA PA 19170-6971
11         +Gecrb/Care Credit,    Po Box 981439,    El Paso TX 79998-1439
3          +JORDAN VALLEY HOSPITAL,    3580 WEST 9000 SOUTH,    WEST JORDAN UT 84088-8899
8           MOUNTAIN AMERICA CREDIT UNION,    735 SOUTH STATE STREET, #300,    SALT LAKE CITY UT 84111-3821
9          +Mountain America Credit Union,    180 E 100 S,    Salt Lake City UT 84139-1502
10         +PORTFOLIO RECOVERY ASSOCIATES, LLC,    PO BOX 12914,    NORFOLK VA 23541-0914
13         +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541-1067
12          R C Willey Financial Services,    PO Box 65320,    SLC UT 84165-0320
2           RC WILLEY FINANCIAL SERVICES,    ATTN BANKRUPTCY DEPT.,    PO BOX 65320,
             SALT LAKE CITY UT 84165-0320
```

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Jul 27, 2017**               **Signature:**    _Joseph Speetjens_

```
District/off: 1088-c          User: 563              Page 2 of 2           Date Rcvd: Jul 26, 2017
                              Form ID: NOFR          Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
nef             JUSTIN O. BURTON    RULON T. BURTON & ASSOC.
nef             Lon A. Jenkins    405 South Main Street
nef             United States Trustee    Ken Garff Bldg.
                                                                                           TOTAL: 3
```